# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY McBRIDE, et al., | No. 2:15-CV-2263-JAM-CMK PS |
| Plaintiffs, | |
| v. | ORDER |
| FANNIE MAE, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, brought this civil action. Pending before the court is plaintiffs' motion for reconsideration of the court's August 11, 2016, order and final judgment. Plaintiffs claim that, while the August 11, 2016, order stated that no objections to the Magistrate Judge's May 26, 2016, findings and recommendations had been filed, they in fact filed objections on June 22, 2016. Plaintiffs are correct. See Doc. 11 (plaintiffs' objections to findings and recommendations). Plaintiff's objections, however, were untimely.

Under Federal Rule of Civil Procedure 60(a), the court may reconsider any order based on clerical mistakes. Because the August 11, 2016, order incorrectly recited that no objections had been filed, the court will grant relief under Rule 60(a) to reflect that no timely objections had been filed.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for reconsideration (Doc. 16) is granted to the extent the August 11, 2016, order is corrected to reflect that no timely objections to the court's May 26, 2016, findings and recommendations had been filed; and

2. The May 26, 2016, findings and recommendations remain adopted in full and this matter remains closed.

DATED: April 26, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE